UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. RILEY,
Petitioner

v.

CIVIL ACTION NO. 11-10789-PBS

GARY RODEN,
Respondent.

I adopt the report and recommendation without objection. The Petition is dismissed. Patti B. Saris 5/3/2012

**REPORT AND RECOMMENDATION RE:
RESPONDENT'S MOTION TO DISMISS PETITION
FOR WRIT OF HABEAS CORPUS
(DOCKET ENTRY # 4)**

**April 5, 2012**

**BOWLER, U.S.M.J.**

On May 4, 2011, petitioner William R. Riley ("petitioner"), an inmate at the Massachusetts Correctional Institute in Norfolk, Massachusetts ("MCI-Norfolk") signed a petition for a writ of habeas corpus under 28 U.S.C. § 2254(d) ("section 2254"). Docketed and filed the next day, the petition attacks petitioner's 1998 conviction for second degree murder under the third prong of malice[1] rendered in Massachusetts Superior Court

---

[1] "The elements of murder in the second degree are (1) an unlawful killing and (2) malice." <u>Commonwealth v. Earle</u>, 937 N.E.2d 42, 47-48 (Mass. 2010). Malice is established by proving any of one of three facts or prongs that: "(1) the defendant intended to kill the victim (the so-called first prong of malice), or (2) the defendant intended to do the victim grievous bodily harm (the second prong), or (3) in the circumstances known to the defendant, a reasonably prudent person would have known that, according to common experience, there was a plain and strong likelihood that death would follow the contemplated act